# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### Kansas City

| | |
|---|---|
| **In re:**<br>**ANA RUTH AVILA**<br><br>**Debtor,**<br><br>**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE FDIC 2013-R2 ASSET TRUST**<br><br>**Creditor.** | Case No. 19-21718<br><br>Chapter 7 |

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at 500 State Ave, Kansas City, KS 66101, on or before *September 25, 2019,* the above motion will be granted by entry of an order to be prepared and submitted by counsel for movant. **If an objection is timely filed, a nonevidentiary hearing will be held** before the U.S. Bankruptcy Court, 500 State Ave., Room 151, Kansas City, KS 66101, on *October 24, 2019, at 10:30 am* or as soon thereafter as the same may be heard.

**Please be advised that a hearing will not be held unless an objection and/or response is timely filed with the Clerk. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance.**

Respectfully submitted,

MARTIN LEIGH PC

*/s/ Pamela R. Putnam*
Pamela R. Putnam #22894 prp@martinleigh.com
Steven M. Leigh #70393 sml@martinleigh.com
2405 Grand Blvd., Suite 410
Kansas City, MO 64108
Phone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR CREDITOR

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 4th day of September, 2019, a true and correct copy of the above and forgoing was electronically filed and served upon the following:

Jordan O Schwartz
Law Office of Jordan Schwartz OA
10955 Lowell
Suite 630
Overland Park, KS 66210

Steven R Rebein
Law Office of Steven R. Rebein, L.C.
8700 Monrovia, Suite 310
Lenexa, KS 66215

Office of the U.S. Trustee
301 N. Main Street, Suite 1150
Wichita, KS 67202

And deposited in the United States mail, postage pre-paid, to:

Ana Ruth Avila
14536 Dearborn
Overland Park, KS 66223

*/s/ Pamela R. Putnam*
Attorney for Creditor